1018

[No. 18855-8-III. Division Three. March 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY L. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00769-8, Michael E. Donohue, J., entered October 8, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18925-2-III. Division Three. March 13, 2001.]

SANJUANITA ALTAMIRANO, *Appellant*, v. KRIS DEXTER, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 96-2-00085-6, Evan E. Sperline, J., entered November 9, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19222-9-III. Division Three. March 13, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. ANCELMO HERNANDEZ LOPEZ, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 99-8-01722-7, Heather K. Van Nuys, J., entered March 14, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J. Now published at 105 Wn. App. 688.

[No. 19278-4-III. Division Three. March 13, 2001.]

THOMAS H. MURPHY, ET AL., *Respondents*, v. SPOKANE COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-05899-7, Robert D. Austin, J., entered March 27, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.